## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| 10 Mile & Gratiot Sunoco, Inc., and<br>Maroun Fawaz and Amale Fawaz, | CASE NUMBER: 05-60036<br>HON. MARIANNE O. BATTANI |
| Plaintiffs, | |
| v. | |
| Fusion Oil, Inc., New Millennium, Inc.,<br>and Hassan Harajli, jointly and severally, | |
| Defendants._____/ | |

## ORDER GRANTING MOTION TO INTERVENE AS AN INTERESTED PARTY

Pending before the Court is Comerica Bank's Motion to Intervene as an Interested Party, filed on June 21, 2007. For reasons more fully stated on the record at a hearing held on June 26, 2007, that motion is hereby GRANTED.

IT IS SO ORDERED.

DATED: 6/26/07

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

___

### CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to Shereef Akeel and Steven Roach on this date.

s/Colette Motowski
Secretary